392 A.2d 685

**COMMONWEALTH of Pennsylvania**

v.

**Gregory SEAMON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1974.

Decided Sept. 22, 1978.

Cecil B. Moore, I. W. Crippins, Philadelphia, for appellant.

Arlen Specter, Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Div., John H. Isom, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order affirmed.